# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CLEAN AIR COUNCIL, EARTHWORKS, CITIZENS FOR PENNSYLVANIA'S FUTURE, PROTECT PT, AND SIERRA CLUB,

      v.

COMMONWEALTH OF PENNSYLVANIA, GENERAL ASSEMBLY OF THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, ENVIRONMENTAL QUALITY BOARD, AND JESSICA SHIRLEY IN HER OFFICIAL CAPACITIES AS INTERIM ACTING SECRETARY OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION AND CHAIR OF THE ENVIRONMENTAL QUALITY BOARD,

APPEAL OF: PENNSYLVANIA SENATE MAJORITY LEADER SENATOR JOE PITTMAN, THE PENNSYLVANIA SENATE REPUBLICAN CAUCUS, PENNSYLVANIA HOUSE MINORITY LEADER REPRESENTATIVE JESSE TOPPER, AND THE PENNSYLVANIA HOUSE REPUBLICAN CAUCUS, POSSIBLE INTERVENORS

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 59 MAP 2024

Appeal from the order of the Commonwealth Court, 379 MD 2023, dated July 1, 2024

# ORDER

**PER CURIAM**                                    **DECIDED:  August 4, 2025**

**AND NOW,** this 4th day of August, 2025, the Appellees' Application for Relief in the Form of a Motion to Quash Appeal for Lack of Jurisdiction is **DENIED**, and the order of the Commonwealth Court is **AFFIRMED**.